STATE OF CONNECTICUT *v.* GILBERTO GONZALEZ

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 75 Conn. App. 364 (AC 22374), is granted, limited to the following issue:

"Did the improper admission of the challenged constancy of accusation testimony constitute harmful error?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16977.

*James A. Killen,* senior assistant state's attorney, in support of the petition.

*Moira L. Buckley,* deputy assistant public defender, in opposition.

Decided April 17, 2003